# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

Charles L. Brown and Tyheise K. Brown,

Debtors.

Case No. 20-12727-PMM

Chapter 13

**Order Granting Debtors' Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtors' Motion to Modify Chapter 13 Plan filed as ECF No. 67 (the "Motion"), and after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. The modified plan filed as ECF No. 65 is **APPROVED**.

Date:

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge