# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12727-PMM |
| Charles L. Brown and Tyheise K. Brown, | Chapter 13 |
| Debtors. | |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtors' Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

City of Philadelphia (CM/ECF)

Kia Motors Finance (CM/ECF)

Philadelphia Parking Authority (CM/ECF)

Wells Fargo Bank, N.A. (CM/ECF)

American First Finance
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Date: March 17, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com