UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

| | | | |
|---|---|---|---|
| IN RE: | Charles L. Brown | CASE NO: | 20-12727 |
| | | CHAPTER: | 13 |
| Debtor(s) | | | |

## NOTICE OF CLAIM SATISFACTION

As to Claim 13-2 filed on 11/05/2020, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

/s/Celina Stafford
Bankruptcy Processor
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FILED
APR - 2 2025
TIMOTHY McGRATH, CLERK
BY_____ DEP CLERK

4/1/2025

## CERTIFICATE OF SERVICE

BK-07 (03/03/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia))

| | | |
|---|---|---|
| IN RE: | Charles L. Brown | CASE NO: 20-12727 |
| | | CHAPTER: 13 |
| | Debtor (s) | |

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 4/1/2025 , I served a true and correct copy of the above notice of claim satisfaction as follows:

☐ By CM/ECF:

☐ By mail:

☒ By FED EX:
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

MICHAEL SETH SCHWARTZ
Law Office of Michael Schwartz
707 Lakeside Office Park
Southampton, PA 18966

United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

FILED
APR - 2 2025
TIMOTHY McGRATH

/s/Celina Stafford  *Celina Stafford*
Bankruptcy Processor
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

4/1/2025

BK-07 (03/03/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.