| | |
|---|---|
| In re: | Case No. 20-12727-PMM |
| Charles L. Brown and Tyheise K. Brown, | Chapter 13 |
| Debtors. | |

**Order Granting Debtors' Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtors' Motion to Modify Chapter 13 Plan filed as ECF No. 67 (the "Motion"), and after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. The modified plan filed as ECF No. 65 is **APPROVED**.

Date:   5/20/25

_Patricia M. Mayer_
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge