United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                       Case No. 20-12727-pmm

Charles L. Brown                                                                  Chapter 13

Tyheise K. Brown

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                                  Page 1 of 4

Date Rcvd: Aug 20, 2025                     Form ID: 138OBJ                                Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Charles L. Brown, Tyheise K. Brown, 3141 N. Percy Street, Philadelphia, PA 19133-1844 |
| 14517495 | + | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14526072 | | Kia Motors Finance, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 14526266 | + | Kia Motors Finance, c/o William E. Craig, Esq., 110 Marter Ave, Ste 301, Moorestown, NJ 08057-3124 |
| 14517504 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14517508 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 21 2025 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2025 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14517479 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2025 00:25:14 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 14529712 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2025 00:25:08 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14517481 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 21 2025 00:08:00 | Bank of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14518257 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 21 2025 00:08:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14517488 | | Email/Text: megan.harper@phila.gov | Aug 21 2025 00:09:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14517489 | | Email/Text: megan.harper@phila.gov | Aug 21 2025 00:09:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14526008 | + | Email/Text: documentfiling@lciinc.com | Aug 21 2025 00:08:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14517482 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2025 00:13:11 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14517483 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2025 00:24:42 | Capital One / Saks F, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14515301 | + | Email/PDF: ebn_ais@aisinfo.com | | |

District/off: 0313-2 | User: admin | Page 2 of 4
Date Rcvd: Aug 20, 2025 | Form ID: 138OBJ | Total Noticed: 57

| Account | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 21 2025 00:24:52 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14525245 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Aug 21 2025 00:14:21 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14517484 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Aug 21 2025 00:08:00 | Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2321 |
| 14516914 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Aug 21 2025 00:08:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14517485 | + | Email/Text: ecf@ccpclaw.com | | |
| | | | Aug 21 2025 00:08:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14517487 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 21 2025 00:24:35 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14517490 | + | Email/Text: bankruptcy@philapark.org | | |
| | | | Aug 21 2025 00:09:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14513382 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Aug 21 2025 00:08:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14517491 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Aug 21 2025 00:08:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14517492 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 21 2025 00:24:53 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14517925 | | Email/Text: mrdiscen@discover.com | | |
| | | | Aug 21 2025 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14517493 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Aug 21 2025 00:08:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14517496 | | Email/Text: bankruptcycourts@equifax.com | Aug 21 2025 00:08:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14517494 | + | Email/Text: EBN@edfinancial.com | Aug 21 2025 00:08:00 | EdFinancial Services, Attn: Bankruptcy, PO Box 36008, Knoxville, TN 37930-6008 |
| 14517497 | ^ | MEBN | | |
| | | | Aug 21 2025 00:05:52 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14517499 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Aug 21 2025 00:12:08 | First PREMIER Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14521449 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | Aug 21 2025 00:09:00 | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 14517500 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Aug 21 2025 00:08:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14517498 | | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Aug 21 2025 00:09:00 | Fingerhut, Attn: Bankruptcy, PO Box 1250, Saint Cloud, MN 56395 |
| 14517501 | ^ | MEBN | | |
| | | | Aug 21 2025 00:05:52 | Kia Motors Finance, Attn: Bankruptcy, PO Box 20835, Fountain Valley, CA 92728-0835 |
| 14520475 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Aug 21 2025 00:24:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14517502 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Aug 21 2025 00:14:17 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14520672 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 21 2025 00:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14517503 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 21 2025 00:08:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14517506 | ^ | MEBN | | |
| | | | Aug 21 2025 00:06:02 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery |

District/off: 0313-2 | User: admin | Page 3 of 4

Date Rcvd: Aug 20, 2025 | Form ID: 138OBJ | Total Noticed: 57

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Avenue, Philadelphia, PA 19122-2806 |
| 14519351 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2025 00:24:59 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14517505 | | Email/Text: bankruptcygroup@peco-energy.com | Aug 21 2025 00:08:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14517507 | + | Email/Text: bankruptcy@philapark.org | Aug 21 2025 00:09:00 | Philadelphia Parking Authority, c/o Michael Casey, 701 Market Street, Ste 5400, Philadelphia, PA 19106-2895 |
| 14517509 | + | Email/Text: bankruptcy1@pffcu.org | Aug 21 2025 00:08:00 | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14525454 | + | Email/Text: bankruptcy1@pffcu.org | Aug 21 2025 00:08:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14517752 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2025 00:08:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14517510 | | Email/Text: DASPUBREC@transunion.com | Aug 21 2025 00:08:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14580358 | + | Email/Text: megan.harper@phila.gov | Aug 21 2025 00:09:00 | The City of Philadelphia, c/o Pamela Elchert Thurmond, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14517511 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 21 2025 00:09:00 | Transworld System Inc, Attn: Bankruptcy, PO Box 15630, Wilmington, DE 19850-5630 |
| 14517512 | ^ | MEBN | Aug 21 2025 00:05:52 | Trident Asset Management, Attn: Bankruptcy, PO Box 888424, Atlanta, GA 30356-0424 |
| 14517513 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 21 2025 00:08:00 | U.S. Department of Education, ECMC/Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14517284 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Aug 21 2025 00:35:58 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 14526145 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Aug 21 2025 00:25:09 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14517514 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Aug 21 2025 00:24:35 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 14517515 | | Email/Text: BKRMailOps@weltman.com | Aug 21 2025 00:08:00 | Weltman, Weinberg & Reic Co, P.O. Box 93596, Cleveland, OH 44101-5596 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14517480 | | American First Financial |
| 14517486 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14522010 | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 14558550 | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 14910612 | *+ | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Charles L. Brown help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Tyheise K. Brown help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| PATRICK J. DORAN | on behalf of Creditor Philadelphia Parking Authority pdoran@archerlaw.com  skatz@archerlaw.com;dmcbride@archerlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Kia Motors Finance wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

*Form 138OBJ* (6/24)–doc 83 – 79

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Charles L. Brown | ) | Case No. 20–12727–pmm |
| | ) | |
| | ) | |
|    Tyheise K. Brown | ) | Chapter: 13 |
|    aka Tyheise K. Paslry | ) | |
|    Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 20, 2025

For The Court

Timothy B. McGrath
Clerk of Court