**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Charles L. & Tyheise K. Brown, | Chapter 13 |
| Debtors | Case No. 20-12727 |

**PRAECIPE TO AMEND ADDRESS**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

| **Old Address**: | **New Address:** |
|---|---|
| 3141 N. Percy Street | 1819 W. Eleanor Street |
| Philadelphia, PA 19133 | Philadelphia, PA 19141 |

Date: September 22, 2025

CIBIK LAW, P.C.
Attorney for Debtors

By: /s/ Michael A. Cibik
Michael A. Cibik, Esquire
Attorney I.D. 23110
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
P: 215-735-1060/F: 215-735-6769
E: cibik@cibiklaw.com